


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **25mj2832** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C. § 1326 Deported Alien Found In The United States |
| Silbino BRAVO-Perez, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about May 26, 2025, within the Southern District of California, defendant, Silbino BRAVO-Perez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 27, 2025.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Silbino BRAVO-Perez

### PROBABLE CAUSE STATEMENT

On May 25, 2025, at approximately 11:00 PM, Border Patrol Agent A. Ramos was performing assigned duties in the Chula Vista Border Patrol Station Area of Responsibility. Agent Ramos was informed by Dispatch of suspected illegal alien activity, in an area known to Border Patrol Agents as the "74 Cut." Agent Ramos responded to an area known to Agents as "Doghouse," to intercept any individual making there way north. After approximately one hour, Agent Ramos heard brush breaking near his location and soon observed four individuals walking towards him. Agent Ramos identified himself as a United States Border Patrol Agent, which made the four individuals run away from him. After a brief pursuit Agent Ramos was able to detain all four individuals. Agent Ramos then conducted an immigration inspection on the four individuals. All four individuals, including one later identified as defendant, Silbino BRAVO-Perez, stated that they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. On May 26, 2025, at approximately 12:30 AM, Agent Ramos placed all four individuals, including BRAVO, under arrest. This area is approximately five miles east of the Otay Mesa, California, Port of Entry and approximately four miles north of the United States/Mexico International Boundary.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on May 11, 2025 through San Luis, AZ. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.